McGREGOR W. SCOTT
United States Attorney
ANTHONY YIM
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

SEALED

FILED
DEC 19 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS PANIAGUA, <br> aka "Shotgun" <br><br> Defendant. | CASE NO. 1:19-CR-00277 DAD BAM <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 19, 2019, charging the above defendant with a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition; 26 U.S.C. § 5861(d); – Possession of a Firearm Not Registered in the National Firearms Registry; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person

///
///
///
///

Motion to Seal Indictment

1

1 | shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when
2 | necessary for the issuance and execution of the warrant.

3 | DATED: December 19, 2019          Respectfully submitted,

4 |                                   McGREGOR W. SCOTT
5 |                                   United States Attorney

6 |                          By       /s/ ANTHONY YIM
                                      ANTHONY YIM
7 |                                   Assistant U.S. Attorney

9 | IT IS SO ORDERED.
10 | Dated: December 19, 2019
11 |                                   _____
                                       ERICA P. GROSJEAN
                                       U.S. Magistrate Judge