| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY BAR #5505144 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JESUS PANIAGUA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00277-DAD-BAM |
| Plaintiff, | **STIPULATION TO RE-CALENDAR STATUS CONFERENCE; ORDER** |
| vs. | |
| JESUS PANIAGUA, | |
| Defendant. | |

The parties, through their respective counsel, Anthony Yim, Assistant United States Attorney, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, JESUS PANIAGUA, hereby stipulate and jointly move this Court to re-calendar the status conference currently scheduled for January 13, 2020 to January 27, 2020.

On January 8, 2020, the Honorable Stanley A. Boone continued the instant case until January 13, 2020 as defense counsel had a scheduling conflict on January 27, 2020. Defense counsel has since found coverage for the January 27, 2020 date. As neither party expects to serve discovery before January 13, 2020, it is agreed that it is in the interests of justice and of conserving judicial resources to re-calendar the instant matter for January 27, 2020 at 1:00 PM.

//

//

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | |
| | | BENJAMIN J. WAGNER<br>United States Attorney |
| | | |
| Dated: January 9, 2020 | | */s/ Anthony Yim*<br>Anthony Yim<br>Assistant United State Attorney<br>Attorney for the Government |
| | | |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 9, 2020 | | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON<br>Assistant Federal Defender<br>Attorney for Defendant<br>JESUS PANIAGUA |

## **O R D E R**

The request for a continuance is DENIED. Time has not been excluded.

IT IS SO ORDERED.

Dated: **January 9, 2020**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE