| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY BAR #5505144 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JESUS PANIAGUA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00277-DAD-BAM |
| Plaintiff, | **STIPULATION TO EXCLUDE TIME; ORDER** |
| vs. | |
| JESUS PANIAGUA, | |
| Defendant. | |

The parties, through their respective counsel, Anthony Yim, Assistant United States Attorney, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, JESUS PANIAGUA, hereby stipulate as of January 14, 2020 defense counsel has received initial discovery and the parties hereby stipulation to exclude speedy trial time.

The parties request this exclusion with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN J. WAGNER
United States Attorney

Dated: January 14, 2020 　　　　　　　　　　/s/ Anthony Yim
　　　　　　　　　　　　　　　　　　　　Anthony Yim
　　　　　　　　　　　　　　　　　　　　Assistant United State Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for the Government

　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

Date: January 14, 2020 　　　　　　　　　　/s/ Benjamin A. Gerson
　　　　　　　　　　　　　　　　　　　　BENJAMIN A. GERSON
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　JESUS PANIAGUA

## **ORDER**

Pursuant to the parties' stipulation, time is excluded from January 14, 2020 to the next status conference on January 27, 2020.

IT IS SO ORDERED.

　　Dated: **January 14, 2020**　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE