HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JESUS PANIAGUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00277-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO RECALENDAR STATUS CONFERENCE AND EXCLUDE TIME; ORDER** |
| vs. | |
| JESUS PANIAGUA, | |
| Defendant. | |

The parties, through their respective counsel, Anthony Yim, Assistant United States Attorney, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, JESUS PANIAGUA, hereby stipulate to re-calendar the status conference scheduled for January 27, 2020 until February 10, 2020, and exclude speedy trial time until that date.

The parties request this extension with the intention of conserving time and resources for both the parties and the Court. The parties have been in contact after reviewing initial discovery and are working towards an acceptable disposition. However the parties do not anticipate a final settlement by January 27, 2020, and therefore request the later date.

The parties also request that speedy trial time be excluded until Febrary 10, 2020. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective

defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN J. WAGNER
United States Attorney

Dated: January 22, 2020  /s/ Anthony Yim
Anthony Yim
Assistant United State Attorney
Attorney for the Government

HEATHER E. WILLIAMS
Federal Defender

Date: January 22, 2020  /s/ Benjamin A. Gerson
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
JESUS PANIAGUA

# **O R D E R**

IT IS SO ORDERED that the 2nd Status Conference is continued from January 27, 2020 to **February 10, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **January 22, 2020**                    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE