HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN GERSON, NY Bar #5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JESUS PANIAGUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00277 DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| vs. | |
| JESUS PANIAGUA, | Date:   November 2, 2020<br>Time:   10:00 a.m. |
| Defendant. | Judge: Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Tuesday, October 13, 2020 at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, November 2, 2020 at 10:00 a.m.

The parties wish to continue sentencing in this matter at the request of defense counsel, as defense counsel will be out of town on October 13, 2020 and to allow additional time for the preparation of sentencing materials on Mr. Paniagua's behalf.  Defense counsel has received a copy of the draft PSR.  A continuance to November 2, 2020 will allow for the formal objections to the PSR to be lodged and for mitigation evidence collected to be organized and presented to the Court in advance of sentencing.

//

The parties further stipulate to the following amended presentence schedule:

- Informal Objections due to Probation and Opposing Counsel: October 5, 2020.
- Final PSR Filed with the Court and Disclosed to Counsel: October 12, 2020.
- Formal Objections Filed with Court and Served on Probation and Opposing Counsel: October 19, 2020.
- Reply, or Statement of Non-Opposition: October 26, 2020.

The Government and Probation Department do not object.

                        Respectfully submitted,

                        HEATHER E. WILLIAMS
                        Federal Defender

DATED: September 18, 2020    */s/ Benjamin Gerson*
                        BENJAMIN GERSON
                        Assistant Federal Defender
                        Attorney for Defendant
                        JESUS PANIAGUA

                        MCGREGOR SCOTT
                        United States Attorney

DATED: September 18, 2020    */s/ Laura Jean Berger*
                        LAURA JEAN BERGER
                        Assistant U.S. Attorney
                        Attorney for Plaintiff

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Tuesday, October 13, 2020 at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, November 2, 2020 at 10:00 a.m.  The presentence schedule shall be amended as set forth above.

IT IS SO ORDERED.

    Dated:  **September 18, 2020**                      /s/ Dale A. Drozd
                                            UNITED STATES DISTRICT JUDGE