HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN GERSON, NY Bar #5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JESUS PANIAGUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00277 DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| vs. | |
| JESUS PANIAGUA, | Date: December 7, 2020<br>Time: 10:00 a.m. |
| Defendant. | Judge: Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Tuesday, November 2, 2020 at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, December 7, 2020 at 10:00 a.m.

The parties wish to continue sentencing in this matter at the request of defense counsel, as defense counsel requires additional time for the preparation of sentencing materials on Mr. Paniagua's behalf.  Defense counsel has received a copy of the Presentence Investigation Report. Other dates previously stipulated shall remain the same. See ECF #35. The Government does not object.

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: October 20, 2020       */s/ Benjamin Gerson*
                              BENJAMIN GERSON
                              Assistant Federal Defender
                              Attorney for Defendant
                              JESUS PANIAGUA


                              MCGREGOR SCOTT
                              United States Attorney

DATED: October 20, 2020       */s/ Laura Jean Berger*
                              LAURA JEAN BERGER
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, November 2, 2020 at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, December 7, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **October 20, 2020**                    _____
                                                 UNITED STATES DISTRICT JUDGE