1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN GERSON, NY Bar #5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JESUS PANIAGUA
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | Case No.  1:19-cr-00277 DAD-BAM
12 |            Plaintiff,           | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON**
13 | vs.                             |
14 | JESUS PANIAGUA,                 | Date:   January 4, 2021
                                      | Time:   10:00 a.m.
15 |            Defendant.           | Judge:  Honorable Dale A. Drozd
16
17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

19  respective attorneys of record, that the sentencing hearing set for Tuesday, December 8, 2020 at

20  10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, January 4, 2021 at

21  10:00 a.m.

22       The parties wish to continue sentencing in this matter at the request of defense counsel, as

23  defense counsel requires additional time for the preparation of sentencing materials on Mr.

24  Paniagua's behalf.  Defense counsel has received a copy of the Presentence Investigation Report.

25  Other dates previously stipulated shall remain the same. See ECF #35. The Government does not

26  object.

27  //

28  //

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: November 30, 2020    */s/ Benjamin Gerson*
BENJAMIN GERSON
Assistant Federal Defender
Attorney for Defendant
JESUS PANIAGUA

MCGREGOR SCOTT
United States Attorney

DATED: November 30, 2020    */s/ Laura Jean Berger*
LAURA JEAN BERGER
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Tuesday, December 8, 2020 at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, January 4, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **November 30, 2020**                    _____
UNITED STATES DISTRICT JUDGE