1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN GERSON, NY Bar #5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JESUS PANIAGUA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-cr-00277 DAD-BAM
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON**
13 | vs. |
14 | JESUS PANIAGUA, | Date: January 25, 2021
   |                  | Time: 10:00 a.m.
15 | Defendant. | Judge: Honorable Dale A. Drozd

16

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

19 respective attorneys of record, that the sentencing hearing set for Monday, January 4, 2021 at

20 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, January 25, 2021 at

21 10:00 a.m.

22     The parties wish to continue sentencing in this matter at the request of defense counsel, as

23 defense counsel is currently awaiting medical records. Defense counsel anticipates delivery of

24 the required records by that date. The Government does not object.

25 //

26 //

27 //

28 //

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: December 29, 2020        */s/ Benjamin Gerson*
BENJAMIN GERSON
Assistant Federal Defender
Attorney for Defendant
JESUS PANIAGUA

MCGREGOR SCOTT
United States Attorney

DATED: December 29, 2020        */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Tuesday, January 4, 2021 at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, January 25, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **December 29, 2020**                               _____
UNITED STATES DISTRICT JUDGE