HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
BENJAMIN GERSON, NY BAR #5505144
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
JESUS PANIAGUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00277 DAD |
| *Plaintiff,* | |
| vs. | **SEALING ORDER** |
| JESUS PANIAGUA, | |
| *Defendant.* | |

    **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibit A in support of Defendant Jesus Paniagua's Sentencing Memorandum shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:  __January 21, 2021__                    _____
UNITED STATES DISTRICT JUDGE